STEVEN M. MCQUILLAN (SBN 107339)
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Defendants, HEALTHCOMP and NORTHERN CALIFORNIA GOLF ASSOCIATION, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOBIE H. TRIVITTE, Administrator of the Estate of Eleanor Ann Trivitte,

Plaintiff,

vs.

HEALTHCOMP, a California corporation and DOES 1 to 50,

Defendants.

Case No.: C04-03125 PVT

**STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND BENCH TRIAL AND SCHEDULE CASE MANAGEMENT CONFERENCE**

Whereas the parties at the Early Neutral Evaluation Conference held on April 26, 2005, have agreed to an outline for the proposed resolution of this lawsuit.

And whereas the parties recognize and agree that it may take some months in order to obtain the information necessary to process these claims.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the Pretrial Conference which is currently set to be heard by the Court on June 21, 2005, and the Bench Trial which is currently set to be heard by the Court on July 6, 2005, be taken off calendar and a Case Management Conference be scheduled for November 15, 2005.

///

///

May-20-2005 02:57 PM 559 448 0123 4/4
MAY-20-2005 Case 5:04-cv-03125-PVT JACOBSON HANSEN ET AL Document 54 Filed 06/02/05 Page 2 of 2 559 448 0123 P.04

Dated: May ______, 2005

LAW OFFICES OF VINCENT J. KILDUFF

Vincent J. Kilduff, Esq.
Attorney for Plaintiff

Dated: May 31, 2005

JACOBSON, HANSON, NAJARIAN & McQUILLAN

Steven M. McQuillan, Esq.
Attorney for Defendant

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: 6/2/05

/s/ Patricia V. Trumbull
Honorable Patricia V. Trumbull, ~~Chief~~ Magistrate Judge

Stipulation and Order to Continue Pretrial Conference and Bench Trial - Page 2

MAY-31-2005 17:37 408 279 3033 94% P.04