UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOBIE H. TRIVITTE, Administrator of the Estate of Eleanor Ann Trivitte,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEALTHCOMP, et al.,<br><br>　　　　　Defendants. | Case No.: C 04-3125 PVT<br><br>**FURTHER CASE MANAGEMENT CONFERENCE ORDER** |

　　　On November 29, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

　　　IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the parties' November 22, 2005 Joint Case Management Conference Statement.

　　　IT IS FURTHER ORDERED that, in the event either party determines that any discovery is necessary, that party may file a motion to open discovery. (At the prior Case Management Conference, based on the parties agreement, the court ordered that no discovery shall be conducted other than the parties' initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.)

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Final pretrial conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 4/25/06

Three day court trial commences  . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 5/1/06

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 4/25/03), a copy of which was attached to the prior Case Management Conference Order,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *11/30/05*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 04/28/2003 [sic]."